UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY BROWN, | : | Case No. 5:03CV2246 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | JUDGMENT ENTRY |
| | : | |
| Defendant. | : | |

For the reasons set forth in the Court's Order of this date, this case is **DISMISSED.**.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley<br>
KATHLEEN McDONALD O'MALLEY<br>
UNITED STATES DISTRICT JUDGE

Dated: December 20, 2007